**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 25-303 (RBW) |
| | ) |
| ANTHONY GRANT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the government's Motion For An Order To Disclose Grand Jury

Testimony, ECF No. 25, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that the government may provide in discovery materials protected by

Federal Rule of Criminal Procedure 6(e).

**SO ORDERED** this 28th day of October, 2025.

REGGIE B. WALTON
United States District Court Judge